**TODD KIM**
Assistant Attorney General
**MARISA J. HAZELL**
Trial Attorney, CO Bar No. 54272
marisa.hazell@usdoj.gov
999 18th St., South Terr. 370
Denver, CO 80202
**LAURA BOYER**
Trial Attorney, CO Bar No. 56764
laura.boyer@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Indian Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
TEL:  (202) 532-3055
FAX: (202) 353-1156
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN P. GOULD <br><br> Defendant. | Case No. 5:23-cv-02295-FMO-SP <br><br> **UNITED STATES' REQUEST FOR CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL SCHEDULE** <br><br> Hearing Date: October 10, 2024 <br> Hearing Time: 10:00 AM <br> Honorable Judge Fernando M. Olguin <br> United States District Court |

On August 15, 2024, this Court granted in part the Parties' joint request to extend litigation deadlines five weeks to allow the parties sufficient time to carry out settlement negotiations. ECF No. 31. The Court's partial denial of the Parties'

1

request modified the Parties' Proposed Order to extend pretrial deadlines and trial an additional month, placing the pre-trial conference and hearing on motions *in limine* on February 7, 2024. *Compare* ECF No. 30-1 at 2 (points 6-9), *with* ECF No. 31 at 2 (points 7-10).

Lead counsel for the United States has an immovable conflict from January 29 to February 14, 2024, and will be unavailable to assist with the pre-trial conference or motion *in limine* hearing during this time. To ensure the United States' counsel can assist with and be present for important pretrial filings and proceedings, the United States requests this Court modify the scheduling order, ECF No. 31, to extend limited pretrial deadlines as follows:

- The parties shall file memoranda of contentions of fact and law; witness lists; witness declarations and deposition designations; and the Pretrial Exhibit Stipulation no later than **February 14, 2025**.

- The parties shall lodge their proposed Pretrial Conference Order and file the proposed findings of fact and conclusions of law; objections to witness declarations and deposition designations; and opening statements no later than **February 24, 2025**. The parties shall also send copies of the proposed Pretrial Conference Order to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

- The final pretrial conference and hearing on motions *in limine* is scheduled for **March 7, 2025**.

- The trial is scheduled to begin on **March 24, 2025**.

On August 23, 2024, counsel for the United States emailed Defendant to confer on this request pursuant to Local Rule 7-3 and asked for a response by August 28, 2024. Defendant did not respond, so counsel for the United States

2

followed up with a phone call and voicemail on August 29, 2024. Upon filing this request, Defendant has not yet responded to the United States.

Pursuant to Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." The good cause standard set forth by Rule 16(b) primarily accounts for the diligence of the party seeking modification, though it may also consider prejudice to the opposing party. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). The United States filed this request as soon as possible after receiving this Court's revised scheduling order, realizing that lead counsel's conflict would affect the United States' ability to prepare for trial, and attempting to confer with Defendant. This one-month continuance request is submitted well in advance of the first pretrial deadline on January 17, 2025 and is not requested for purposes of delay. Because of its limited nature, this request does not prejudice the Defendant, and Defendant may benefit from additional time to prepare for trial. Thus, this Court should find good cause exists to grant the United States' request.

A Proposed Order granting the United States' request is included with this filing.

DATED:  September 4, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General

*s/ Marisa J. Hazell*
MARISA J. HAZELL
LAURA BOYER
United States Department of Justice
Environment & Natural Resources Division
Indian Resources Section

3

P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
TEL:  (202) 532-3055
FAX: (202) 353-1156

## CERTIFICATE OF SERVICE

I certify that on September 4, 2024, a true and correct copy of this filing was served upon Defendant Steven P. Gould at the following addresses:

Gouldsteven05@gmail.com

and

Steven P Gould
HCR 20, Box 1586
Blythe, CA 92225


DATED: September 4, 2024


*/s/ Marisa J. Hazell*
Marisa J. Hazell