UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN P. GOULD,<br><br>Defendant. | Case No. 5:23-cv-02295-FMO-SP<br><br>**ORDER GRANTING STIPULATION [35] FOR EXTENSION OF SETTLEMENT CONFERENCE DEADLINE** |
|---|---|

The Court, having read and considered the Parties' Stipulation for Extension of Settlement Conference Deadline, and finding good cause appearing, hereby grants the Parties' request for an extension of the September 27, 2024 settlement conference deadline until **October 9, 2024**.

**IT IS HEREBY ORDERED:**

The settlement conference deadline set forth in this Court's Scheduling and Case Management Order, ECF No. 31, is extended to October 9, 2024.

Dated: September 30, 2024            _____/s/_____
                                      Honorable Judge Fernando M. Olguin
                                      U.S. DISTRICT JUDGE